```
                                                                    FILED
                                                                 July 23, 2025
      IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TEXAS                    CLERK, U.S. DISTRICT COURT
              EL PASO DIVISION                             WESTERN DISTRICT OF TEXAS
                                                                  By:    DT
                                                                              Deputy
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § **I N D I C T M E N T**   Case No: EP:25-CR-01769-LS |
| v. | § **CT 1:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i) - Conspiracy to Transport Aliens; |
| (1) DIEGO MOTA, and (2) ISSAC STEVEN HERNANDEZ, | |
| Defendants. | § |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about June 30, 2025, in the Western District of Texas, Defendants,

**(1) DIEGO MOTA, and (2) ISSAC STEVEN HERNANDEZ,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury unknown, to commit an offense against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii), and (a)(1)(B)(i).

A TRUE BILL.

███████████████

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _/s/ Debra P. Kanof_
Assistant U.S. Attorney